UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WEIDE, *Plaintiff*, v. JACQUELINE INSEL, *Defendant*. | No. 25-CV-7825 (KMK) ORDER |

KENNETH M. KARAS, United States District Judge:

Plaintiff brought this Action on September 20, 2025. (*See* Compl. (Dkt. No. 1).) A Summons was issued as to Defendant on April 13, 2026. (*See* Dkt. No. 9.) On July 1, 2026, Plaintiff requested an extension of time to serve Defendant through August 31, 2026. (*See* Letter from Plaintiff to Court (July 1, 2026) (Dkt. No. 10).) The Court granted this extension that same day. (*See* Memo Endorsement (Dkt. No. 11).) There is no indication on the docket that Plaintiff has served Defendant, which he must do for this Action to proceed. *See generally* Fed. R. Civ. P. 4; *see also* Fed. R. Civ. P. 4(m) (providing that "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service must be made within a specified time" unless "the plaintiff shows good cause for the failure").

Accordingly, it is hereby:

ORDERED that Plaintiff shall show cause, within fourteen days of the date of this Order, as to why this case should not be dismissed for failure to timely serve Defendant. *See Villarroel v. Lutheran Med. Ctr.*, No. 09-CV-220, 2009 WL 10712890, at *2 (E.D.N.Y. July 28, 2009) (explaining that Rule 4(m) "permits sua sponte dismissal for a party's failure to timely effectuate

service"), *report and recommendation adopted sub nom Villarroel v. Lutheran Med. Servs.*, 2009 WL 10712889 (E.D.N.Y. Sep. 29, 2009). The Court may dismiss this case without further notice in the event that good cause is not shown.

SO ORDERED.

DATED: November 6, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE